AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

**SERVED**

PETER L. HUNT

*Plaintiff(s)*

v.

Civil Action No. 2:23-cv-00201-DLR

THE CREDIT COMPANY, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE CREDIT COMPANY, LLC
c/o REGISTERED AGENT
ALEX GRAVES
2234 NORTH FEDERAL HWY
PMB 3053
BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of Clerk

ISSUED ON  6:27 am, Feb 07, 2023
s/ Debra D. Lucas, Clerk



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter L Hunt, | No. CV-23-00201-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Credit Company LLC, | |
| Defendant. | |

This matter recently has come before the Court. The parties are advised, pursuant to LRCiv 12.1(c), that motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) and motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) are discouraged if the defect(s) in the complaint can be cured by a permissible amendment. In an effort to avoid unnecessary or multiple motions to dismiss or for leave to amend,

**IT IS ORDERED** as follows:

1. Before the filing of any motion under Rule 12(b)(6) or 12(c), the parties must confer in good faith to determine whether the motion can be avoided. Defendant shall explain to Plaintiff the reasons why Defendant believes the complaint fails to state a claim for relief. The parties shall discuss whether any of the deficiencies identified by Defendant can be cured through an amended complaint. If the parties agree on this point, Plaintiff shall file an appropriate amended complaint in order to avoid the filing of an unnecessary motion to dismiss.

2. Notwithstanding Plaintiff's belief that the complaint is sufficient to state a claim

# VERIFIED RETURN OF SERVICE

Job # MIA6926

### Client Info:
Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

### Case Info:

**PLAINTIFF:**
PETER L. HUNT
 -versus-
**DEFENDANT:**
THE CREDIT COMPANY, LLC

U.S.D.C. FOR THE DISTRICT OF ARIZONA

Court Case # **2:23-cv-00201-DLR**

### Service Info:

Received by Donald Moore: on February, 7th 2023 at **01:50 PM**
Service: I Served **The Credit Company, LLC c/o Registered Agent, Alex Graves**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES, ORDER**
by leaving with **Gustavo Escobar, EMPLOYEE-AUTHORIZED TO ACCEPT**

At Business **2234 NORTH FEDERAL HWY, PMB 3053 BOCA RATON, FL 33431**
Latitude: **26.369733**,  Longitude: **-80.134136**

On **2/9/2023** at **04:35 PM**
Manner of Service: **PRIVATE MAIL BOX - EXECUTIVE / VIRTUAL OFFICE**
48.031(6) If the only address for a person to be served which is discoverable through public records is a private mailbox, a virtual office, or an executive office or mini suite, substitute service may be made by leaving a copy of the process with the person in charge of the private mailbox, virtual office, or executive office or mini suite, but only if the process server determines that the person to be served maintains a mailbox, a virtual office, or an executive office or mini suite at that location. 48.081(b) For purposes of this subsection, the term virtual office means an office that provides communications services, such as telephone or facsimile services, and address services without providing dedicated office space, and where all communications are routed through a common receptionist. The term executive office or mini suite means an office that provides communications services, such as telephone and facsimile services, a dedicated office space, and other supportive services, and where all communications are routed through a common receptionist.

**Served Description:** (Approx)

Age: **50**, Sex: **Male**, Race: **Hispanic**, Height: **5' 10"**, Weight: **180**, Hair: **Black** Glasses: **Yes**

I **Donald Moore** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Donald Moore**
Lic # **CPS #2047**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 299-1552

Our Job # **MIA6926**    Client Ref # **Hunt v. Credit Company LLC**


