# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter L Hunt,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Credit Company LLC,<br><br>　　　　　Defendant. | No. CV-23-00201-PHX-DLR<br><br>**ORDER** |

After review of the docket, the Court notes that Defendant Credit Company LLC was served on February 9, 2023. As of the date of this order, no answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for Plaintiff shall file a status report within **7 days** of the date of this Order concerning the status of its case against this Defendant(s).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate Defendant Credit Company LLC, and this case, without further order of the Court, if Plaintiff fails to file either a status report or an application for entry of default within the timeframe specified herein.

Dated this 13th day of March, 2023.

Douglas L. Rayes
United States District Judge