# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter L Hunt,<br><br>         Plaintiff,<br><br>v.<br><br>Credit Company LLC,<br><br>         Defendant. | **NO. CV-23-00201-PHX-DLR**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Credit Company LLC.

DEFAULT ENTERED this 22nd day of March, 2023.

                                           Debra D. Lucas
                                           District Court Executive/Clerk of Court

March 22, 2023

                                   By    s/ W. Poth
                                          Deputy Clerk